UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.                                           Case No. 11-cr-118-02-PB

<u>Jessica Ramsey</u>

<u>**O R D E R**</u>

The defendant has moved to continue the June 5, 2012 trial in the above case, citing the need for additional time to finalize plea negotiations or prepare for trial.  The government and co-defendant, Michael Parise, do not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 5, 2012 to August 21, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The May 22, 2012 final pretrial conference is continued to July 31, 2012 at 11:00 a.m. No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 14, 2012

cc: Jeffrey S. Levin, Esq.
    Jennifer Davis, Esq.
    Robert Carey, Esq.
    United States Marshal
    United States Probation