UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                                                  Case No. 11-cr-118-PB

**Michael Parise, et al.**

### O R D E R

    Defendant Jessica Ramsey has moved through counsel to continue the August 21, 2012 trial in the above case, citing the need for additional time to negotiate a plea agreement or prepare for trial.  The government and co-defendant Michael Parise, do not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 21, 2012 to November 6, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The court will hold a final pretrial conference on October 29, 2012 at 4:30 p.m.  No further continuances will be allowed in this case.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 31, 2012

cc:   Jeffrey S. Levin, Esq.
      Jennifer C. Davis, Esq.
      Robert Carey, Esq.
      United States Marshal
      United States Probation